722 A.2d 1287

IN THE MATTER OF RAYMOND H. WONG,
AN ATTORNEY AT LAW.

January 29, 1999.

## ORDER

The Disciplinary Review Board on October 7, 1998, having filed with the Court its decision concluding that **RAYMOND H. WONG** of **BOUND BROOK,** who was admitted to the bar of this State in 1989, should be reprimanded for violating *RPC* 8.4(b) (criminal conduct that reflects adversely on an attorney's honesty, trustworthiness or fitness);

And the Disciplinary Review Board having further concluded that respondent should be required to perform 250 hours of community service that do not involve any activities with children;

And good cause appearing;

It is ORDERED that **RAYMOND H. WONG** is hereby reprimanded;  and it is further

ORDERED that respondent shall perform 250 hours of community service that do not involve any activities with children;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.